**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JONATHAN COHEA,

    Plaintiff,

v.                                      CASE NO. 4:13cv239-RH/CAS

NORTHGATEARINSO, INC.,

    Defendant.

_____/

## **ORDER DISMISSING COUNT 1**

Based on the plaintiff's notice of voluntary dismissal, ECF No. 13, the complaint's disability-discrimination complaint as asserted in count 1 is dismissed with prejudice. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

SO ORDERED on November 16, 2013.

                                            s/Robert L. Hinkle
                                            United States District Judge