**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JONATHAN COHEA,

    Plaintiff,

v.                                            CASE NO. 4:13cv239-RH/CAS

NORTHGATEARINSO, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

The plaintiff has filed a notice of dismissal with prejudice, ECF No. 18. Because the defendant previously served an answer, ECF No. 3, I treat the *notice* of dismissal as a *motion* for dismissal under Federal Rule of Civil Procedure 41(a)(2). In the unlikely event the defendant opposes the motion, it may file a timely motion to alter or amend the judgment that will be entered based on this order.

    IT IS ORDERED:

The notice of dismissal, ECF No. 18, is deemed a motion for dismissal. The motion is GRANTED. The clerk must enter judgment stating, "This case is

dismissed with prejudice under Federal Rule of Civil Procedure 41(a)." The clerk must close the file.

      SO ORDERED on December 20, 2013.

                                  s/Robert L. Hinkle
                                  United States District Judge